```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 01335
    ED D GARTH
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-7203


----------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/17/05 and confirmed on 04/14/05.

    2.  The case was dismissed after confirmation, 10/17/2008.

    3.  The Debtor paid a total of $  45100.00 .

    4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                  PAID           PAID
----------------------------------------------------------------------------------
ARROW FINANCIAL SERVICES  SECURED               100.00            .00           100.00
CORUS BANK                CURRENT MORTG            .00            .00              .00
INTERNAL REVENUE SERVICE  PRIORITY                 .00            .00              .00
BECKET & LEE LLP          UNSECURED          21215.83            .00         10210.69
BECKET & LEE LLP          UNSECURED          NOT FILED           .00              .00
BECKET & LEE LLP          UNSECURED          11111.78            .00          5347.85
ECAST SETTLEMENT CORPORA  UNSECURED           8443.72            .00          4063.76
PORTFOLIO RECOVERY ASSOC  UNSECURED          12296.19            .00          5914.15
RESURGENT CAPITAL SERVIC  UNSECURED          19043.89            .00          9162.67
CITIFINANCIAL             UNSECURED          NOT FILED           .00              .00
DISCOVER BANK             UNSECURED          NOT FILED           .00              .00
ECAST SETTLEMENT CORPORA  UNSECURED           9163.86            .00          4410.05
MBNA AMERICA              UNSECURED          NOT FILED           .00              .00
BANK ONE                  UNSECURED           7844.00            .00          3775.09
RE MAX AFFILIATES         UNSECURED          NOT FILED           .00              .00
INTERNAL REVENUE SERVICE  UNSECURED            491.75            .00           255.71
          Summary of disbursements:
----------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER          TOTAL

TOTAL CLMS ALLOWED    100.00         .00     89611.02          .00       89711.02
PRINCIPAL PAID        100.00         .00     43139.97          .00       43239.97
INTEREST PAID            .00         .00          .00          .00            .00
TOTAL PAID            100.00         .00     43139.97          .00       43239.97
The Debtor's attorney, ALONZO H ZAHOUR                , was allowed $       .00
and was paid $       .00 .

The Trustee received $   1860.03 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/09/09                              /S/
                                             GLENN STEARNS
                                             CHAPTER 13 TRUSTEE



                                        PAGE   2
     CASE NO. 05 B 01335 ED D GARTH